# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*[signature]*

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-098-266**
Effective Date of Registration:
March 27, 2018

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published: January 02, 2018 to March 13, 2018

### Title

| | |
|---|---|
| Title of Group: | Robert Mecea - 1st quarter reg 2018 |
| Number of Photographs in Group: | 19 |
| • Individual Photographs: | Mecea_ Bronx Bodega 1_16_2018.jpg, Mecea_ George _Grumpy_ Tropiano 1_12_2018.jpg, Mecea_Bronx Fire 1, 1_2_18.jpg, Mecea_Bronx Fire 2, 1_2_18.jpg, Mecea_Bronx Fire 3, 1_2_18.jpg, Mecea_Bronx Fire 4, 1_2_18.jpg, Mecea_Jasmine Campbell, 1_4_18.jpg, |
| Published: | January 2018 |
| • Individual Photographs: | Mecea_Police at the scene of the stabbing, 2_7_18.jpg, Mecea_The King Soloman Religious Store, 2_8_18.jpg, 2.19.18, Crime Scene_Mecea.jpg, 2.22.18, swastika_Mecea.jpg, 2.22.18, De Blaio_Mecea.jpg, 2.27.18, Crash_Mecea.jpg, |
| Published: | February 2018 |
| • Individual Photographs: | 3.13.18, Geoffrey Berman, Mecea.jpg, 3.4.18, Ray Kelly_Mecea.jpg, 3.5.18, Ladder_Mecea .jpg, 3.9.18, Soccer 2, Mecea.jpg, 3.9.18, Soccer, Mecea.jpeg, 3.9.18, Team, Mecea.jpeg, |
| Published: | March 2018 |

### Completion/Publication

| | |
|---|---|
| Year of Completion: | 2018 |
| Earliest Publication Date in Group: | January 02, 2018 |
| Latest Publication Date in Group: | March 13, 2018 |
| Nation of First Publication: | United States |

### Author

| | |
|---|---|
| • Author: | Robert Mecea |
| Author Created: | photographs |
| Work made for hire: | No |
| Domiciled in: | United States |

Page 1 of 2

## Copyright Claimant

**Copyright Claimant:** Robert Mecea
583 17th Street, Apt 3, Brooklyn, NY, 11218

## Certification

**Name:** Richard Liebowitz
**Date:** March 27, 2018

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

