# EXHIBIT C



https://www.ebony.com/news-views/woman-sues-nypd    Go    DEC  **JAN 05 2018**  FEB
1 capture                                                  2017              2019
5 Jan 2018                                                     ▼ About this capture

SUBSCRIBE    INSIDE EBONY    EBONY POWER 100    HBCU CAMPUS QUEENS




NEWS & VIEWS    ENTERTAINMENT    LOVE & SEX    STYLE    LIFESTYLE    CAREER & FINANCE

# Woman Sues NYPD Claiming Cop Arrested Her After Refusing to Expose Breasts

"He kept looking down at my chest. He asked me, 'Do you have anything underneath your shirt?'"

BY JESSICA BENNETT, JANUARY 5, 2018

💬 COMMENTS

**MORE GREAT READS**

Talib Kweli Suing Online Publication Over Rape Accusations

NYPD Sgt. Quits After Being Caught Stealing From Banana Republic

Police Dog Attacks Innocent 52-Year-Old Woman



Photo Credit: Robert Mecea

**RELATED TAGS**

corrupt police    lawsuit    news
NYPD    police

**Subscribe to EBONY today!**
Connect to Black America.

Brooklyn woman is suing the city of New York and NYPD Officer Javier Munoz over a traffic stop that she claims bordered on sexual harassment.

alleged Feb. 26, 2014, incident, during which she says Munoz "kept looking at me and leaned in like he wanted to have a private talk," according to her interview with The Post.

"He kept looking down at my chest. He asked me, 'Do you have anything underneath your shirt?' I said, 'No.' I felt embarrassed. He leaned in further and asked, 'Do you want to show me something?' He said that with a smirk on his face."

"Now, all this sexual harassment is big news — but I have been telling the same story since 2014. This is not something new to me," she added.

Campbell was driving to get something to eat with a male friend when she was stopped by Munoz and another, unidentified cop.

Following her interaction with Munoz, Campbell was ordered out of the driver's seat with her hands up, at which point the other cop allegedly asked her for a hug, which she refused. Unbeknown to Campbell, her friend was carrying a small amount of marijuana on his person, and both of them were taken to the 75th Precinct after he admitted it.

The friend was reportedly released with a desk appearance ticket while Campbell was booked on misdemeanor charges of resisting arrest, obstructing governmental administration and criminal possession of marijuana.

Court documents obtained by The Post state Munoz and the city have denied any wrongdoing, saying, "There was probable cause for [Campbell's] arrest, detention, and subsequent prosecution." The city offered to settle the case for $2,500, but Campbell rejected the offer.

Campbell's lawyer, Lawrence LaBrew, had this to say; "The arrest of Ms. Campbell was a sham and the city appears to condoning this conduct, based on their position."

    

## More great reads



**Talib Kweli Suing Online Publication Over Rape Accusations**

BY JESSICA BENNETT



**NYPD Sgt. Quits After Being Caught Stealing From Banana Republic**

BY ZAHARA HILL



**Police Dog Attacks Innocent 52-Year-Old Woman**

BY ZAHARA HILL

https://www.ebony.com/news-views/woman-sues-nypd
1 capture
5 Jan 2018
Go   DEC  JAN  FEB
         05
    2017 2018 2019
About this capture



**Stay in the Know**    Sign up for the Ebony Newsletter    [email address]    Subscribe

CURRENT ISSUE

HBCU CAMPUS QUEENS
POWER 100
CONTACT US
ABOUT EBONY
TEAM EBONY
CAREERS
PRIVACY POLICY
TERMS OF USE

DIGITAL EDITIONS & SUBSCRIPTIONS
BROWSE THE ARCHIVE
SITE MAP
MEDIA KITS

FOLLOW US

EBONY

©2017 Ebony Media Operations, LLC. All rights reserved.

Site Design by SGNET

JET
EBONYJET SHOP